UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES V. FARNSWORTH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT J. PALMQUIST, et al.,<br><br>　　　　Defendant. | CASE NO. C08-0820-JCC-MAT<br><br><br><br>ORDER DENYING PLAINTIFF'S<br>MOTION TO AMEND COMPLAINT |

This is a civil rights action brought under 42 U.S.C. § 1983. Currently ripe for consideration by the Court are defendants' motion for summary judgment, plaintiff's motion to amend his complaint, and plaintiff's motion to stay defendants' motion for summary judgment pending disposition of plaintiff's motion to amend. The Court, having reviewed the parties' motions, and the balance of the record, does hereby ORDER as follows:

(1) Plaintiff's motion to stay defendants' motion for summary judgment pending disposition of plaintiff's motion to amend (Dkt No. 22) is GRANTED.

(2) Plaintiff's motion for leave to amend his complaint (Dkt. No. 20) is DENIED. On May 23, 2008, plaintiff submitted to the Court for filing a complaint for declaratory judgment in

which he alleged that the Warden of the Federal Detention Center at SeaTac, Washington ("FDC SeaTac"), Robert Palmquist, had failed to ensure that there were effective informal resolution procedures in place at the institution. Plaintiff now seeks to amend his complaint to substitute claims concerning the visitation policies at FDC SeaTac for his original claims concerning the grievance process, and he seeks to substitute a request for money damages for his original request for a declaratory judgment.

Rule 15(a) of the Federal Rules of Civil Procedure provides that leave to amend "shall be freely given when justice so requires." In this Court's view, justice does not require that plaintiff be permitted to transform this action into a completely new lawsuit. If plaintiff wishes to pursue his claims concerning the visitation policies at FDC SeaTac, he may do so in a separate action.

(3) Defendants' motion for summary judgment (Dkt. No. 18) is RE-NOTED on the Court's calendar for consideration on *November 7, 2008*. Plaintiff must file and serve any response to defendants' motion not later than *November 3, 2008*. Defendants must file and serve any reply brief not later than the date designated for consideration of the motion.

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable John C. Coughenour.

DATED this 9th day of October, 2008.

Mary Alice Theiler
United States Magistrate Judge