UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| CHARLES V. FARNSWORTH, | ) | CASE NO. C08-0820-JCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DISMISSING ACTION |
| | ) | AS MOOT |
| ROBERT J. PALMQUIST, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The parties' motions to dismiss plaintiff's complaint (Dkt. Nos. 18 and 28) are GRANTED. Plaintiff's complaint and this action are DISMISSED as moot; and

//

//

//

ORDER DISMISSING ACTION
AS MOOT
PAGE -1

(3) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to Judge Theiler.

DATED this 15th day of December, 2008.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION
AS MOOT
PAGE -2